**Order entered May 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00543-CV

### IN RE DONALD GENE BLANTON, Relator

**Original Proceeding from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 23592-86**

## ORDER

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of mandamus. We **ORDER** that relator bear the costs of this original proceeding.

/s/    ELIZABETH LANG-MIERS
JUSTICE